Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys for Plaintiffs

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FAHD G. GEHAM, SHADIHA SALEM GEHAM and ALI AHMED SALEH, each doing business as STAR 1 MARKET,<br><br>　　　　　　Plaintiffs.<br><br>　　v.<br><br>UNITED STATES OF AMERICA and TOM VILSACK, Secretary of Agriculture,<br><br>　　　　　　Defendant. | Case No: 1:13-cv-01349-AWI-SAB<br><br>STIPULATION FOR DISMISSAL; ORDER |

　　　IT IS STIPULATED by and between the parties, through their respective counsel, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the action and all alleged claims therein are dismissed with prejudice.  Each party to bear its own attorney fees and costs arising from the above-captioned matter.

　　　Dated: January 17, 2014.　　　　　　　　THE REICH LAW FIRM

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Jeff Reich, Attorneys for Plaintiffs


Dated: January 17, 2014　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　/s/Alyson A. Berg
　　　　　　　　　　　　　　　　　　　　ALYSON A. BERG
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   January 22, 2014                                    _____
                                                                                      SENIOR  DISTRICT  JUDGE